IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 19-cv-03153-RM-NYW

WESLEY FELTS,

    Plaintiff,

v.

STALLION OILFIELD SERVICES LTD.,

    Defendant.

---

## ORDER
---

This matter is before the Court on the May 18, 2020 Recommendation of United States Magistrate Judge (the "Recommendation") (ECF No. 38) to (1) grant Plaintiff's Motion to Amend (ECF No. 30); and (2) deny as moot Defendant's Motion to Dismiss (ECF No. 16). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No.38, pp. 13-14.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Nina Y. Wang's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the

district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS and ADOPTS the Recommendation (ECF No. 38) in its entirety;

(2) GRANTS Plaintiff's Motion to Amend (ECF No. 30); and

(3) DENIES as moot Defendant's Motion to Dismiss (ECF No. 16).

DATED this 8th day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge